UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, ET AL., <br><br> Plaintiffs <br><br> v. <br><br> ATS TRAFFIC PLLC, <br> dba ALL TRAFFIC SERVICES, <br><br> Defendant. | NO. 2:24-cv-1752-RSM <br><br> ORDER OF DEFAULT JUDGMENT |

Plaintiffs Northwest Laborers-Employers Health & Security Trust, et al., have moved the Court for an Order of Default Judgment against Defendant ATS Traffic PLLC dba All Traffic Services as follows:

**JUDGMENT SUMMARY**

1. Judgment Creditors: Northwest Laborers-Employers Health & Security Trust, et al.
2. Judgment Debtor: ATS Traffic PLLC dba All Traffic Services
3. Contributions and Wage Deductions: $10,438.48
4. Liquidated Damages: $1,105.89
5. Pre-judgment Interest: $251.17
6. Auditor Fees: $4,973.75
7. Costs: $512.31
8. Attorney Fees: $3,698.00
9. Post-judgment Interest: 4.25 percent (4.25%) per annum
10. Attorney for Judgment Creditors: Mary L. Stoll

ORDER OF DEFAULT JUDGMENT—1
Case No. 2:24-cv-1752-RSM

Pursuant to Plaintiffs' motion for entry of an Order of Default Judgment against Defendant ATS Traffic PLLC dba All Traffic Services and the Court having considered the pleadings on file, it is hereby

**ORDERED** that Plaintiffs be awarded Default Judgment against ATS Traffic PLLC dba All Traffic Services, representing, for the period August through November 2024, fringe benefit contributions and wage deductions of $10,438.48; liquidated damages of $1,105.89, interest of $251.17 through January 31, 2025, auditor fees of $4,973.75, costs of $512.31, and attorney fees of $3,698.00, for a total amount owing of $20,979.60.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 4.25 percent (4.25%) per annum.

DATED this 16th day of May, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE